# United States District Court
## Violation Notice
(Rev. 1/2019)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-6 | 9203603 | HECKEL C | H7872 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 12/28/2020 1:33 AM
**Offense Charged:** State Code — CA PENAL CODE 241(c)
**Place of Offense:** NAVAL AIR STATION NORTH ISLAND BARRACKS BLD 789 CORONADO, CA 92118
**Offense Description:** ASSAULT ON A PEACE OFFICER

### DEFENDANT INFORMATION
**Last Name:** JEAN
**First Name:** VEN
**MI:** S
**Street Address:** 114 C AVE STE 121

**APPEARANCE IS REQUIRED** — Box A checked

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

**YOUR COURT DATE**
**Court Address:** 333 W BROADWAY SAN DIEGO, CA 92101

X Defendant Signature
Original - CVB Copy
*9203603*

---

I state that on **DECEMBER 28th**, 20**20** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

I WAS DISPATCHED TO BUILDING 789 ON NAVAL BASE CORONADO FOR A FIGHT BETWEEN TWO SERVICE MEMBERS. UPON ARRIVING ON SCENE I OBSERVED ONE WHITE MALE ADULT WITH SERIOUS FACIAL TRAUMA. A WITNESS TO THE FIGHT THEN FLAGGED DOWN MY PARTNER OFC. GARCIA WHO WAS APPROACHING FROM A DIFFERENT DIRECTION. THE WITNESS STATED THAT JEAN, VEN WAS ATTEMPTING TO FLEE THE SCENE. AT THIS TIME MY PARTNER OFC. GARCIA ATTEMPTED TO MAKE CONTACT WITH JEAN. AT WHICH POINT JEAN SWUNG AND STRUCK OFC GARCIA MULTIPLE TIMES IN THE NECK AND FACE. MYSELF AND OFC. GARCIA WERE ABLE TO TAKE JEAN INTO CUSTODY.

The foregoing statement is based upon:
✓ my personal observation
✓ information supplied to me from my fellow officer's observation

**Executed on:** 12/28/2020

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____ U.S. Magistrate Judge